**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7377**

———————

JOSEPH PHILLIP SMITH,

                              Plaintiff - Appellant,

        versus

MACK JARVIS; LYNN PHILLIPS; FRANKLIN FREEMAN;
LLOYD W. PARKER; MARY HINES,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-97-570-5-H-3)

———————

Submitted:  November 20, 1997      Decided:  December 11, 1997

———————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph Phillip Smith, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Smith v. Jarvis</u>, No. CA-97-570-5-H-3 (E.D.N.C. Aug. 26, 1997; Sept. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>